UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HOLLENBECK, ET AL.

VERSUS

FALSE RIVER VETERINARY
CLINIC, APVMC, ET AL.

CIVIL ACTION

20-764-SDD-RLB

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated November 1, 2021, to which no opposition was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the *Motion to Tax Attorney's Fees and Costs* is GRANTED IN PART AND DENIED IN PART, and Plaintiffs is hereby awarded $6,961.50 in attorney's fees and the Clerk's Taxation of Costs in the amount of $400.00 shall remain undisturbed.

Signed in Baton Rouge, Louisiana the 22 day of November, 2021.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 15.
[2] Rec. Doc. 22.